| PROB 22 (Rev. 04/17) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 3:20CR00008-18 KRG |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 23cr243 - File |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Tamir Washington-Jenkins | DISTRICT Western District of Pennsylvania | DIVISION Johnstown, Pa |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Kim R. Gibson United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/13/2023 — TO 04/12/2026 |

**OFFENSE**

21 U.S.C. 846 Conspiracy to Distribute and to Possess With the Intent to Distribute 50 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 40 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl, 28 Grams or More of a Mixture and Substance Containing a Detectable Amount of Cocaine Base, in the form Commonly Known as Crack, and a Quantity of Heroin

18 U.S.C. 1956 Conspiracy to Commit Money Laundering

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Western District of Pennsylvania"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 31, 2023
Date

_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 1, 2023
Effective Date

_United States District Judge_