# U.S. District Court
## Western District of Pennsylvania (Johnstown)
## CRIMINAL DOCKET FOR CASE #: 3:20-cr-00008-KRG-18

Case title: USA v. WILLIAMS et al

Date Filed: 06/03/2020

Date Terminated: 12/14/2021

---

Assigned to: Judge Kim R. Gibson

**Defendant (18)**

**TAMIR WASHINGTON-JENKINS**
*TERMINATED: 12/14/2021*
*also known as*
MIR
*TERMINATED: 12/14/2021*
*also known as*
CHIP
*TERMINATED: 12/14/2021*

represented by **R. Damien Schorr**
1015 Irwin Drive
Pittsburgh, PA 15236
(412) 884-1597
Email:
damienschorr@damienschorrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*



CERTIFIED FROM THE RECORD
06/05/2023
Brandy S. Lonchena
Karen Sandy
Deputy Clerk

**Pending Counts**

21 U.S.C. 846 CONSPIRACY TO
DISTRIBUTE AND TO POSSESS WITH
INTENT TO DISTRIBUTE 50 GRAMS
OR MORE OF METHAMPHETAMINE,
500 GRAMS OR MORE OF A MIXTURE
AND SUBSTANCE CONTAINING A
DETECTABLE AMOUNT OF
METHAMPHETAMINE, 28 GRAMS OR
MORE OF COCAINE BASE, IN THE
FORM COMMONLY KNOWN AS
CRACK, AND 40 GRAMS OR MORE OF
FENTANYL AND HEROIN
(1)

18 U.S.C. 1956(h) CONSPIRACY TO
COMMIT MONEY LAUNDERING
(2)

**Disposition**

Defendant is sentenced at the Lesser
Included Offense at Count One and at Count
2 as follows: Defendant is committed to the
custody of the Federal Bureau of Prisons to
be imprisoned for a term of 27 months at
Count One and 27 months at Count Two, to
be served concurrently. Upon release from
imprisonment, the Defendant shall be on
supervised release for a term of 3 years at
Count One and 3 years at Count Two, to be
served concurrently. Said term of supervised
release comes with standard and special
conditions of supervision, as more fully
stated in the Judgment. Defendant shall pay
to the United States a Special Assessment of
$200, which shall be paid to the United
States District Court Clerk forthwith.

Defendant is sentenced at the Lesser
Included Offense at Count One and at Count
2 as follows: Defendant is committed to the
custody of the Federal Bureau of Prisons to
be imprisoned for a term of 27 months at
Count One and 27 months at Count Two, to
be served concurrently. Upon release from
imprisonment, the Defendant shall be on
supervised release for a term of 3 years at
Count One and 3 years at Count Two, to be

served concurrently. Said term of supervised release comes with standard and special conditions of supervision, as more fully stated in the Judgment. Defendant shall pay to the United States a Special Assessment of $200, which shall be paid to the United States District Court Clerk forthwith.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                            **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                         **Disposition**

None

---

**Plaintiff**

**USA**                                    represented by   **Arnold P. Bernard , Jr.**
                                                                    U.S. Attorney's Office
                                                                    319 Washington Street, Suite 200
                                                                    Johnstown, PA 15901
                                                                    814-533-4547
                                                                    Fax: 814 533-4545
                                                                    Email: arnold.bernard@usdoj.gov
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*
                                                                    *Designation: US Govt Atty*

                                                                    **Jill L Locnikar**
                                                                    DOJ-USAO
                                                                    Civil
                                                                    Joseph F. Weis, Jr. U.S. Courthouse
                                                                    700 Grant Street
                                                                    Ste 4000
                                                                    Pitttsburgh, PA 15219
                                                                    412-894-7429
                                                                    Fax: 412-644-6995
                                                                    Email: usapaw.locnikaraf@usdoj.gov
                                                                    *ATTORNEY TO BE NOTICED*
                                                                    *Designation: US Govt Atty*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2020 | 29 | SEALED INDICTMENT as to JELAHN WILLIAMS (1) count(s) 1, 2, 3, ELLEN BLYSTONE (2) count(s) 1, MALIK BYERS (3) count(s) 1, 2, ISAIAH DANIELS- |

WHEELER (4) count(s) 1, 2, AHMED DOUMBIA (5) count(s) 1, 2, 4, ADAM DRYLIE (6) count(s) 1, JAMES EDWARDS (7) count(s) 1, 2, 5, HAYLEE JACKSON (8) count(s) 1, ROMELLO JOHNSON-HOLLAND (9) count(s) 1, 2, JOY MCBRIDE (10) count(s) 1, DAYTON MELTON (11) count(s) 1, ROGER MILLER (12) count(s) 1, MICHELE MONFREDI (13) count(s) 1, GREGORY MOORE (14) count(s) 1, 2, KARL POLLARD (15) count(s) 1, 2, MICHAEL SCHRECENGOST (16) count(s) 1, TAYLOR SHICK (17) count(s) 1, TAMIR WASHINGTON-JENKINS (18) count(s) 1, 2, CHRISTOFER WATERS (19) count(s) 1, 2. (Attachments: # 1 Arraignment Plea WILLIAMS, # 2 Arraignment Plea BLYSTONE, # 3 Arraignment Plea BYERS, # 4 Arraignment Plea DANIELS-WHEELER, # 5 Arraignment Plea DOUMBIA, # 6 Arraignment Plea DRYLIE, # 7 Arraignment Plea EDWARDS, # 8 Arraignment Plea JACKSON, # 9 Arraignment Plea JOHNSON-HOLLAND, # 10 Arraignment Plea MCBRIDE, # 11 Arraignment Plea MELTON, # 12 Arraignment Plea MILLER, # 13 Arraignment Plea MONFREDI, # 14 Arraignment Plea MOORE, # 15 Arraignment Plea POLLARD, # 16 Arraignment Plea SCHRECENGOST, # 17 Arraignment Plea SHICK, # 18 Arraignment Plea WASHINGTON-JENKINS, # 19 Arraignment Plea WATERS, # 20 Certification and Notice for Filing Pretrial Motions WILLIAMS, # 21 Certification and Notice for Filing Pretrial Motions BLYSTONE, # 22 Certification and Notice for Filing Pretrial Motions BYERS, # 23 Certification and Notice for Filing Pretrial Motions DANIELS-WHEELER, # 24 Certification and Notice for Filing Pretrial Motions DOUMBIA, # 25 Certification and Notice for Filing Pretrial Motions DRYLIE, # 26 Certification and Notice for Filing Pretrial Motions EDWARDS, # 27 Certification and Notice for Filing Pretrial Motions JACKSON, # 28 Certification and Notice for Filing Pretrial Motions JOHNSON-HOLLAND, # 29 Certification and Notice for Filing Pretrial Motions MCBRIDE, # 30 Certification and Notice for Filing Pretrial Motions MELTON, # 31 Certification and Notice for Filing Pretrial Motions MILLER, # 32 Certification and Notice for Filing Pretrial Motions MONFREDI, # 33 Certification and Notice for Filing Pretrial Motions MOORE, # 34 Certification and Notice for Filing Pretrial Motions POLLARD, # 35 Certification and Notice for Filing Pretrial Motions SCHRECENGOST, # 36 Certification and Notice for Filing Pretrial Motions SHICK, # 37 Certification and Notice for Filing Pretrial Motions WASHINGTON-JENKINS, # 38 Certification and Notice for Filing Pretrial Motions WATERS, # 39 Criminal Case Info Sheet WILLIAMS, # 40 Criminal Case Info Sheet BLYSTONE, # 41 Criminal Case Info Sheet BYERS, # 42 Criminal Case Info Sheet DANIELS-WHEELER, # 43 Criminal Case Info Sheet DOUMBIA, # 44 Criminal Case Info Sheet DRYLIE, # 45 Criminal Case Info Sheet EDWARDS, # 46 Criminal Case Info Sheet JACKSON, # 47 Criminal Case Info Sheet JOHNSON-HOLLAND, # 48 Criminal Case Info Sheet MCBRIDE, # 49 Criminal Case Info Sheet MELTON, # 50 Criminal Case Info Sheet MILLER, # 51 Criminal Case Info Sheet MONFREDI, # 52 Criminal Case Info Sheet MOORE, # 53 Criminal Case Info Sheet POLLARD, # 54 Criminal Case Info Sheet SCHRECENGOST, # 55 Criminal Case Info Sheet SHICK, # 56 Criminal Case Info Sheet WASHINGTON-JENKINS, # 57 Criminal Case Info Sheet WATERS) (jjg) (Entered: 06/04/2020)

| Date | Doc # | Description |
|---|---|---|
| 06/03/2020 | 30 | Indictment MEMORANDUM as to JELAHN WILLIAMS, ELLEN BLYSTONE, MALIK BYERS, ISAIAH DANIELS-WHEELER, AHMED DOUMBIA, ADAM DRYLIE, JAMES EDWARDS, HAYLEE JACKSON, ROMELLO JOHNSON-HOLLAND, JOY MCBRIDE, DAYTON MELTON, ROGER MILLER, MICHELE MONFREDI, GREGORY MOORE, KARL POLLARD, MICHAEL SCHRECENGOST, TAYLOR SHICK, TAMIR WASHINGTON-JENKINS, CHRISTOFER WATERS (jjg) (Entered: 06/04/2020) |
| 06/03/2020 | 31 | MOTION to Seal Indictment and Arrest Warrants, by USA as to JELAHN WILLIAMS, MALIK BYERS, AHMED DOUMBIA, DAYTON MELTON, ROMELLO JOHNSON-HOLLAND, ISAIAH DANIELS-WHEELER, ELLEN |

| | | |
|---|---|---|
| | | BLYSTONE, ADAM DRYLIE, JAMES EDWARDS, HAYLEE JACKSON, JOY MCBRIDE, ROGER MILLER, MICHELE MONFREDI, GREGORY MOORE, KARL POLLARD, MICHAEL SCHRECENGOST, TAYLOR SHICK, TAMIR WASHINGTON-JENKINS, CHRISTOFER WATERS. (jjg) (Entered: 06/04/2020) |
| 06/03/2020 | 32 | ORDER granting 31 Motion to Seal Indictment and Arrest Warrants as to JELAHN WILLIAMS (1), ELLEN BLYSTONE (2), MALIK BYERS (3), ISAIAH DANIELS-WHEELER (4), AHMED DOUMBIA (5), ADAM DRYLIE (6), JAMES EDWARDS (7), HAYLEE JACKSON (8), ROMELLO JOHNSON-HOLLAND (9), JOY MCBRIDE (10), DAYTON MELTON (11), ROGER MILLER (12), MICHELE MONFREDI (13), GREGORY MOORE (14), KARL POLLARD (15), MICHAEL SCHRECENGOST (16), TAYLOR SHICK (17), TAMIR WASHINGTON-JENKINS (18), CHRISTOFER WATERS (19). Signed by Magistrate Judge Keith A. Pesto on 06/03/20. (jjg) (Entered: 06/04/2020) |
| 06/11/2020 | | ORAL MOTION to Unseal Case by USA as to JELAHN WILLIAMS, MALIK BYERS, AHMED DOUMBIA, DAYTON MELTON, ROMELLO JOHNSON-HOLLAND, ISAIAH DANIELS-WHEELER, ELLEN BLYSTONE, ADAM DRYLIE, JAMES EDWARDS, HAYLEE JACKSON, JOY MCBRIDE, ROGER MILLER, MICHELE MONFREDI, GREGORY MOORE, KARL POLLARD, MICHAEL SCHRECENGOST, TAYLOR SHICK, TAMIR WASHINGTON-JENKINS, CHRISTOFER WATERS. (plp) (Entered: 06/11/2020) |
| 06/11/2020 | 66 | TEXT ORDER granting Motion to Unseal Case as to JELAHN WILLIAMS (1), ELLEN BLYSTONE (2), MALIK BYERS (3), ISAIAH DANIELS-WHEELER (4), AHMED DOUMBIA (5), ADAM DRYLIE (6), JOY MCBRIDE (10), DAYTON MELTON (11), ROGER MILLER (12), MICHELE MONFREDI (13), GREGORY MOORE (14), KARL POLLARD (15), MICHAEL SCHRECENGOST (16), TAYLOR SHICK (17), TAMIR WASHINGTON-JENKINS (18), CHRISTOFER WATERS (19). Signed by Magistrate Judge Keith A. Pesto on 6/11/2020. Text-only entry; no PDF will issue. This Text-only entry constitutes the Order of the Court or Notice on the matter. (plp) (Entered: 06/11/2020) |
| 06/19/2020 | 120 | MOTION for Protective Order *for Rule 16 Discovery Materials* by USA as to JELAHN WILLIAMS, MALIK BYERS, AHMED DOUMBIA, DAYTON MELTON, ROMELLO JOHNSON-HOLLAND, ISAIAH DANIELS-WHEELER, ELLEN BLYSTONE, ADAM DRYLIE, JAMES EDWARDS, HAYLEE JACKSON, JOY MCBRIDE, ROGER MILLER, MICHELE MONFREDI, GREGORY MOORE, KARL POLLARD, MICHAEL SCHRECENGOST, TAYLOR SHICK, TAMIR WASHINGTON-JENKINS, CHRISTOFER WATERS. Motion(s) referred to Keith A. Pesto. (Attachments: # 1 Proposed Order) (Bernard, Arnold) (Entered: 06/19/2020) |
| 06/22/2020 | 134 | CJA 20 ORDER Appointing Counsel as to TAMIR WASHINGTON-JENKINS: Appointment of Attorney R. Damien Schorr for TAMIR WASHINGTON-JENKINS. Signed by Magistrate Judge Keith A. Pesto on 6/9/2020. (plp) (Entered: 06/22/2020) |
| 06/23/2020 | 138 | PROTECTIVE ORDER as to JELAHN WILLIAMS, MALIK BYERS, AHMED DOUMBIA, DAYTON MELTON, ROMELLO JOHNSON-HOLLAND, ISAIAH DANIELS-WHEELER, ELLEN BLYSTONE, ADAM DRYLIE, JAMES EDWARDS, HAYLEE JACKSON, JOY MCBRIDE, ROGER MILLER, MICHELE MONFREDI, GREGORY MOORE, KARL POLLARD, MICHAEL SCHRECENGOST, TAYLOR SHICK, TAMIR WASHINGTON-JENKINS, CHRISTOFER WATERS. Signed by Magistrate Judge Keith A. Pesto on 6/23/2020. (plp) (Entered: 06/23/2020) |
| 06/24/2020 | 140 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by TAMIR WASHINGTON-JENKINS. (plp) (Entered: 06/24/2020) |

| 07/09/2020 | 173 | MOTION to Modify 138 Order, *Protective Order* by TAMIR WASHINGTON-JENKINS. (Attachments: # 1 Proposed Order) (Schorr, R.) (Entered: 07/09/2020) |
| 07/10/2020 | 176 | Receipt for Local Rule 16.1 Material as to TAMIR WASHINGTON-JENKINS (Bernard, Arnold) (Entered: 07/10/2020) |
| 07/17/2020 | 180 | MOTION for Protective Order *and Authorization to Disclose Sealed Materials* by USA as to JELAHN WILLIAMS, MALIK BYERS, AHMED DOUMBIA, DAYTON MELTON, ROMELLO JOHNSON-HOLLAND, ISAIAH DANIELS-WHEELER, ELLEN BLYSTONE, ADAM DRYLIE, JAMES EDWARDS, HAYLEE JACKSON, JOY MCBRIDE, ROGER MILLER, MICHELE MONFREDI, GREGORY MOORE, KARL POLLARD, MICHAEL SCHRECENGOST, TAYLOR SHICK, TAMIR WASHINGTON-JENKINS, CHRISTOFER WATERS. Motion(s) referred to Keith A. Pesto. (Attachments: # 1 Proposed Order) (Bernard, Arnold) (Entered: 07/17/2020) |
| 07/21/2020 | 182 | Amended MOTION for Protective Order *and Authorization to Disclose Sealed Materials* by USA as to JELAHN WILLIAMS, MALIK BYERS, AHMED DOUMBIA, DAYTON MELTON, ROMELLO JOHNSON-HOLLAND, ISAIAH DANIELS-WHEELER, ELLEN BLYSTONE, ADAM DRYLIE, JAMES EDWARDS, HAYLEE JACKSON, JOY MCBRIDE, ROGER MILLER, MICHELE MONFREDI, GREGORY MOORE, KARL POLLARD, MICHAEL SCHRECENGOST, TAYLOR SHICK, TAMIR WASHINGTON-JENKINS, CHRISTOFER WATERS. Motion(s) referred to Keith A. Pesto. (Attachments: # 1 Proposed Order) (Bernard, Arnold) (Entered: 07/21/2020) |
| 07/21/2020 | 183 | ORDER granting 182 Motion for Protective Order as more fully stated. Signed by Magistrate Judge Keith A. Pesto on 7/21/2020. (plp) (Entered: 07/21/2020) |
| 08/25/2020 | 239 | MOTION for Extension of Time to File Pretrial Motions *Nunc Pro Tunc* by TAMIR WASHINGTON-JENKINS. (Attachments: # 1 Proposed Order) (Schorr, R.) (Entered: 08/25/2020) |
| 08/25/2020 | 240 | ORDER granting 239 Motion for Extension of Time to File Pretrial Motions Nunc Pro Tunc as to TAMIR WASHINGTON-JENKINS (18); and it is further Ordered that the deadline for filing pretrial motions is extended until 11/9/2020; and it is further Ordered that the period of delay from 7/8/2020 until 11/9/2020 shall be deemed excludable delay under the Speedy Trial Act. Signed by Judge Kim R. Gibson on 8/25/2020. (dlg) (Entered: 08/25/2020) |
| 12/14/2020 | 320 | PRETRIAL ORDER (JURY TRIAL) as to JELAHN WILLIAMS, MALIK BYERS, AHMED DOUMBIA, DAYTON MELTON, ROMELLO JOHNSON-HOLLAND, ISAIAH DANIELS-WHEELER, ELLEN BLYSTONE, ADAM DRYLIE, JAMES EDWARDS, HAYLEE JACKSON, JOY MCBRIDE, ROGER MILLER, MICHELE MONFREDI, GREGORY MOORE, KARL POLLARD, MICHAEL SCHRECENGOST, TAYLOR SHICK, TAMIR WASHINGTON-JENKINS, CHRISTOFER WATERS - it is hereby ORDERED as follows: Trial in this matter is now scheduled to begin on 2/8/2021. The Pretrial Conference is scheduled for 1/8/2021, at 11:00 a.m. The time from 11/18/2020 through 2/8/2021 is deemed excludable delay under the Speedy Trial Act, and as more fully stated in said Pretrial Order. Signed by Judge Kim R. Gibson on 12/14/2020. (dlg) (Entered: 12/14/2020) |
| 01/05/2021 | 337 | AMENDED PRETRIAL ORDER (JURY TRIAL) as to JELAHN WILLIAMS, MALIK BYERS, AHMED DOUMBIA, DAYTON MELTON, ROMELLO JOHNSON-HOLLAND, ISAIAH DANIELS-WHEELER, ELLEN BLYSTONE, ADAM DRYLIE, JAMES EDWARDS, HAYLEE JACKSON, JOY MCBRIDE, ROGER MILLER, MICHELE MONFREDI, GREGORY MOORE, KARL POLLARD, MICHAEL SCHRECENGOST, TAYLOR SHICK, TAMIR |

| | | |
|---|---|---|
| | | WASHINGTON-JENKINS, CHRISTOFER WATERS - Upon consideration of Defendant Isiah Daniels-Wheeler's "Unopposed Motion to Continue Trial Date" (ECF No. 321 ), Defendant Adam Drylies's "Motion to Postpone and Reschedule Trial, the Pretrial Conference and All Trial Related Deadlines" (ECF No. 332 ), and Defendant Jelahn Wiliams's "Motion to Continue Due Dates for Motions in Limine, Witness Lists, Exhibits, Voir Dire, Points for Charge, and to Continue Pretrial Conference and Trial" (ECF No. 334 ), it is hereby Ordered as follows: Trial in this matter is now scheduled to begin on 5/3/2021. The Pretrial Conference is scheduled for 4/12/2021, at 11:30 a.m. The time from 1/4/2021 through 5/3/2021 is deemed excludable delay under the Speedy Trial Act, and as more fully stated in said Amended Pretrial Order. Signed by Judge Kim R. Gibson on 1/5/2021. (dlg) (Entered: 01/05/2021) |
| 04/08/2021 | 387 | AMENDED PRETRIAL ORDER (JURY TRIAL) as to JELAHN WILLIAMS, MALIK BYERS, AHMED DOUMBIA, DAYTON MELTON, ROMELLO JOHNSON-HOLLAND, ISAIAH DANIELS-WHEELER, ELLEN BLYSTONE, ADAM DRYLIE, JAMES EDWARDS, HAYLEE JACKSON, JOY MCBRIDE, ROGER MILLER, MICHELE MONFREDI, GREGORY MOORE, KARL POLLARD, MICHAEL SCHRECENGOST, TAYLOR SHICK, TAMIR WASHINGTON-JENKINS, CHRISTOFER WATERS - Upon consideration of Defendant Dayton Melton's "Motion to Postpone and Schedule Trial, Pretrial Conference and All Trial Related Deadlines" (ECF No. 386 ), it is hereby Ordered as follows: Trial in this matter is scheduled to begin on 8/16/2021. The Pretrial Conference shall be held on 7/9/2021, at 2:00 p.m. The time from 4/8/2021 through 8/16/2021 is deemed excludable delay under the Speedy Trial Act, and as more fully stated in said Amended Pretrial Order. Signed by Judge Kim R. Gibson on 4/8/2021. (dlg) (Entered: 04/08/2021) |
| 04/20/2021 | | NOTICE OF HEARING as to TAMIR WASHINGTON-JENKINS - A Change of Plea Hearing is scheduled for May 7, 2021, at 10:00 a.m. before Judge Kim R. Gibson. This hearing will be conducted via Zoom Videoconference. Text-only entry. No PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (dlg) (Entered: 04/20/2021) |
| 05/07/2021 | 420 | MOTION to Continue *Change of Plea Hearing* by USA as to TAMIR WASHINGTON-JENKINS. (Attachments: # 1 Proposed Order) (Bernard, Arnold) (Entered: 05/07/2021) |
| 05/07/2021 | 421 | ORDER granting 420 Motion to Continue Change of Plea Hearing as to TAMIR WASHINGTON-JENKINS (18). The Change of Plea Hearing in this matter is hereby RESCHEDULED to: August 11, 2021, at 1:30 p.m. Signed by Judge Kim R. Gibson on 5/7/2021. (dlg) (Entered: 05/07/2021) |
| 07/07/2021 | 459 | AMENDED PRETRIAL ORDER (JURY TRIAL) as to JELAHN WILLIAMS, MALIK BYERS, AHMED DOUMBIA, DAYTON MELTON, ROMELLO JOHNSON-HOLLAND, ISAIAH DANIELS-WHEELER, ELLEN BLYSTONE, ADAM DRYLIE, JAMES EDWARDS, HAYLEE JACKSON, JOY MCBRIDE, ROGER MILLER, MICHELE MONFREDI, GREGORY MOORE, KARL POLLARD, MICHAEL SCHRECENGOST, TAYLOR SHICK, TAMIR WASHINGTON-JENKINS, CHRISTOFER WATERS - Upon consideration of Defendant Kelvin Morris's "Motion to Continue Pretrial Conference, Trial, and to Extend Trial Related Deadlines" (ECF No. 453 ), IT IS HEREBY ORDERED as follows:Trial in this matter is scheduled to begin on 11/1/2021. The Pretrial Conference shall be held on 10/6/2021, at 10:00 a.m. The time from 7/7/2021 through 11/1/2021 is deemed excludable delay under the Speedy Trial Act, and as more fully stated in said Amended Pretrial Order. Signed by Judge Kim R. Gibson on 7/7/2021. (dlg) (Entered: 07/07/2021) |

| 08/12/2021 | 492 | Minute Entry for proceedings held before Judge Kim R. Gibson: Change of Plea Hearing as to TAMIR WASHINGTON-JENKINS held on 8/11/2021. Counsel entered their appearances. Defendant was sworn. Defendant and counsel waived their appearances and consented to proceeding with the Zoom Video Conference. Defendant wished to plead guilty to a lesser included offense at Count 1 and to Count 2 of the Indictment. There is a Plea Agreement in this case. Jury trial rights and maximum penalties given. The Change of Plea form was signed by Defendant and Attorney Schorr. Sentencing is set for December 13, 2021, at 10:00 a.m. The Court Orders Defendant shall remain on bond under the same conditions as are currently in effect pending sentencing. (Court Reporter: Shirley Hall) (Attachments: # 1 Plea Agreement) (dlg) (Entered: 08/12/2021) |
|---|---|---|
| 08/12/2021 | 493 | GUILTY PLEA ENTERED: Defendant withdraws plea of not guilty and pleads guilty to a lesser included offense at Count 1 and to Count 2 of the Indictment as to TAMIR WASHINGTON-JENKINS on 8/11/2021. (dlg) (Entered: 08/12/2021) |
| 08/12/2021 | 494 | HIGHLY SENSITIVE DOCUMENT as to TAMIR WASHINGTON-JENKINS. HSD category: SUP. (dlg) (Entered: 08/12/2021) |
| 08/13/2021 | 497 | PRESENTENCE ORDER as to TAMIR WASHINGTON-JENKINS: Tentative Presentence Report due by 10/18/2021. Presentence Report due by 11/8/2021. Position with Respect to Sentencing Factors due by 11/15/2021. Presentence Report Addendum due to this Court, defendant and counsel by 11/29/2021. Supplemental Information or Memorandum with Respect to Sentencing due by 12/6/2021. Sentencing is set for 12/13/2021, at 10:00 AM in Courtroom A - Johnstown before Judge Kim R. Gibson. Signed by Judge Kim R. Gibson on 8/13/2021. (dlg) (Entered: 08/13/2021) |
| 10/05/2021 | 512 | AMENDED PRETRIAL ORDER (JURY TRIAL) as to JELAHN WILLIAMS, MALIK BYERS, AHMED DOUMBIA, DAYTON MELTON, ROMELLO JOHNSON-HOLLAND, ISAIAH DANIELS-WHEELER, ELLEN BLYSTONE, ADAM DRYLIE, JAMES EDWARDS, HAYLEE JACKSON, JOY MCBRIDE, ROGER MILLER, MICHELE MONFREDI, GREGORY MOORE, KARL POLLARD, MICHAEL SCHRECENGOST, TAYLOR SHICK, TAMIR WASHINGTON-JENKINS, CHRISTOFER WATERS - Upon consideration of Defendant Jelahn Williams' Motion to Continue Due Dates for Motions in Limine, Witness Lists, Exhibits, Voir Dire, Points for Charge, and to Continue Pretrial Conference and Trial (ECF No. 510 ), IT IS HEREBY ORDERED as follows: Trial in this matter is scheduled to begin on 1/10/2022. The pretrial conference shall be held on 12/10/2021, at 10:00 a.m. The time from 10/4/2021 through 1/10/2022 is deemed excludable delay under the Speedy Trial Act, and as more fully stated in said Amended Pretrial Order. Signed by Judge Kim R. Gibson on 10/5/2021. (dlg) (Entered: 10/05/2021) |
| 10/25/2021 | 532 | SEALED ORDER as to TAMIR WASHINGTON-JENKINS. Signed by Judge Kim R. Gibson on 10/25/2021. (dlg) (Entered: 10/25/2021) |
| 11/15/2021 | 546 | POSITION WITH RESPECT TO SENTENCING FACTORS by USA as to TAMIR WASHINGTON-JENKINS. (Bernard, Arnold) (Entered: 11/15/2021) |
| 11/15/2021 | 547 | POSITION WITH RESPECT TO SENTENCING FACTORS by TAMIR WASHINGTON-JENKINS. (Schorr, R.) (Entered: 11/15/2021) |
| 12/06/2021 | 566 | SENTENCING MEMORANDUM by TAMIR WASHINGTON-JENKINS (Schorr, R.) (Entered: 12/06/2021) |
| 12/06/2021 | 567 | MOTION for Downward Variance by TAMIR WASHINGTON-JENKINS. (Attachments: # 1 Proposed Order) (Schorr, R.) (Entered: 12/06/2021) |

| 12/06/2021 | 568 | AMENDED PRETRIAL ORDER (JURY TRIAL) as to JELAHN WILLIAMS, MALIK BYERS, AHMED DOUMBIA, DAYTON MELTON, ROMELLO JOHNSON-HOLLAND, ISAIAH DANIELS-WHEELER, ELLEN BLYSTONE, ADAM DRYLIE, JAMES EDWARDS, HAYLEE JACKSON, JOY MCBRIDE, ROGER MILLER, MICHELE MONFREDI, GREGORY MOORE, KARL POLLARD, MICHAEL SCHRECENGOST, TAYLOR SHICK, TAMIR WASHINGTON-JENKINS, CHRISTOFER WATERS - Upon consideration of Defendant Romello Johnson-Holland's "Motion to Continue Due Dates for Motions in Limine, Witness Lists, Exhibits, Voir Dire, Points for Charge, and to Continue Pretrial Conference and Trial" (ECF No. 562 ), IT IS HEREBY ORDERED as follows: Trial in this matter is scheduled to begin on 3/14/2022. The Pretrial Conference shall be held on 2/17/2022, at 1:00 p.m. The time from 12/6/2021 through 3/14/2022 is deemed excludable delay under the Speedy Trial Act, and as more fully stated in said Amended Pretrial Order. Signed by Judge Kim R. Gibson on 12/6/2021. (dlg) (Entered: 12/06/2021) |
|---|---|---|
| 12/08/2021 | 572 | Letter(s) in Support of Defendant re Sentencing as to TAMIR WASHINGTON-JENKINS (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) (Schorr, R.) (Entered: 12/08/2021) |
| 12/13/2021 | 573 | TENTATIVE FINDINGS AND RULINGS as to TAMIR WASHINGTON-JENKINS. Signed by Judge Kim R. Gibson on 12/12/2021. (dlg) (Entered: 12/13/2021) |
| 12/14/2021 | 574 | Minute Entry for proceedings held before Judge Kim R. Gibson: Sentencing held on 12/13/2021 for TAMIR WASHINGTON-JENKINS (18), Defendant is sentenced at the Lesser Included Offense at Count One and at Count 2 as follows: Defendant is committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of 27 months at Count One and 27 months at Count Two, to be served concurrently. Upon release from imprisonment, the Defendant shall be on supervised release for a term of 3 years at Count One and 3 years at Count Two, to be served concurrently. Said term of supervised release comes with standard and special conditions of supervision, as more fully stated in the Judgment. Defendant shall pay to the United States a Special Assessment of $200, which shall be paid to the United States District Court Clerk forthwith. The Court will permit the Defendant to remain on bond pending his designation by the Bureau of Prisons. Appeal rights given. (Court Reporter: Debbie Betzler) (dlg) (Entered: 12/14/2021) |
| 12/14/2021 | 575 | JUDGMENT as to TAMIR WASHINGTON-JENKINS (18) - Defendant is sentenced at the Lesser Included Offense at Count One and at Count 2 as follows: Defendant is committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of 27 months at Count One and 27 months at Count Two, to be served concurrently. Upon release from imprisonment, the Defendant shall be on supervised release for a term of 3 years at Count One and 3 years at Count Two, to be served concurrently. Said term of supervised release comes with standard and special conditions of supervision, as more fully stated in the Judgment. Defendant shall pay to the United States a Special Assessment of $200, which shall be paid to the United States District Court Clerk forthwith. Signed by Judge Kim R. Gibson on 12/14/2021. (dlg) (Entered: 12/14/2021) |
| 12/30/2021 | | NOTICE TO SELF-SURRENDER as to TAMIR WASHINGTON-JENKINS by US Marshal. **PRETRIAL SERVICES IS TO NOTIFY TAMIR WASHINGTON-JENKINS AS SOON AS POSSIBLE.** This notice is to advise TAMIR WASHINGTON-JENKINS that you are to report to LEWISBURG SATELLITE CAMP (LEWC) on 01/31/2022 before 2:00 PM for voluntary surrender commitment. Your USMS Number is 01860-509. Please go to Bureau of Prisons website at www.bop.gov or call the institution for directions and other information. If an |

| | | |
|---|---|---|
| | | extension has been granted beyond the surrender date by the Court, please contact the US Marshal's Office immediately with a copy of the Order of Court indicating a new date. If travel to the designated facility is needed, please petition the Court for other resources available. TAMIR WASHINGTON-JENKINS is instructed to report directly to the designated institution. TAMIR WASHINGTON-JENKINS is NOT to report directly to a USMS office unless otherwise instructed. Text-only entry. No PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (Krapp, Kristine) (Entered: 12/30/2021) |
| 02/10/2022 | 629 | AMENDED PRETRIAL ORDER (JURY TRIAL) as to JELAHN WILLIAMS, MALIK BYERS, AHMED DOUMBIA, DAYTON MELTON, ROMELLO JOHNSON-HOLLAND, ISAIAH DANIELS-WHEELER, ELLEN BLYSTONE, ADAM DRYLIE, JAMES EDWARDS, HAYLEE JACKSON, JOY MCBRIDE, ROGER MILLER, MICHELE MONFREDI, GREGORY MOORE, KARL POLLARD, MICHAEL SCHRECENGOST, TAYLOR SHICK, TAMIR WASHINGTON-JENKINS, CHRISTOFER WATERS - Upon consideration of Defendant Michele Monfredi's Motion to Continue Trial and Pretrial Conference (ECF No. 623 ), IT IS HEREBY ORDERED as follows: Trial in this matter is scheduled to begin on 4/18/2022. The pretrial conference shall be held on 3/17/2022, at 11:00 a.m. The time from 2/10/2022 through 4/18/2022 is deemed excludable delay under the Speedy Trial Act, and as more fully stated in said Amended Pretrial Order. Signed by Judge Kim R. Gibson on 2/10/2022. (dlg) (Entered: 02/10/2022) |
| 11/03/2022 | | NOTICE Cancelling Hearing: Pretrial Conference scheduled for 11/4/2022 is cancelled and will be rescheduled by later Order of Court. Text-only entry. No PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (dlg) (Entered: 11/03/2022) |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 3:20-08 |
| JELAHN WILLIAMS, a/k/a "Boog" | (21 U.S.C. § 846; 18 U.S.C. § 1956; |
| ELLEN BLYSTONE | 18 U.S.C. 924(c)(1)(A)(i)) |
| MALIK BYERS, a/k/a "Leaky" | |
| ISAIAH DANIELS-WHEELER, a/k/a "Zay" | |
| AHMED DOUMBIA, a/k/a "Med" | **[UNDER SEAL]** |
| ADAM DRYLIE | |
| JAMES EDWARDS, a/k/a "Fats" or "Fink" | |
| HAYLEE JACKSON | |
| ROMELLO JOHNSON-HOLLAND, a/k/a "Mello" | |
| JOY MCBRIDE | |
| DAYTON MELTON, a/k/a "Skinny" | FILED |
| ROGER MILLER, a/k/a "Burger" | |
| MICHELE MONFREDI | JUN – 3 2020 |
| GREGORY MOORE | |
| KARL POLLARD | CLERK U.S. DISTRICT COURT |
| MICHAEL SCHRECENGOST, a/k/a "Shrek" | WEST. DIST. OF PENNSYLVANIA |
| TAYLOR SHICK | |
| TAMIR WASHINGTON-JENKINS, a/k/a "Mir" or "Chip" | |
| CHRISTOFER WATERS, a/k/a "Danger" or "D" | |

**INDICTMENT**

**COUNT ONE**

The grand jury charges:

From on or about July 5, 2018, to on or about May 5, 2020, in the Western District

of Pennsylvania and elsewhere, the defendants, JELAHN WILLIAMS, a/k/a "Boog," ELLEN

BLYSTONE, MALIK BYERS, a/k/a "Leaky," ISAIAH DANIELS-WHEELER, a/k/a "Zay,",

AHMED DOUMBIA, a/k/a "Med," ADAM DRYLIE, JAMES EDWARDS, a/k/a "Fats" or

"Fink," HAYLEE JACKSON, ROMELLO JOHNSON-HOLLAND, a/k/a "Mello," JOY

MCBRIDE, DAYTON MELTON, a/k/a "Skinny," ROGER MILLER, a/k/a "Burger," MICHELE MONFREDI, GREGORY MOORE, KARL POLLARD, MICHAEL SCHRECENGOST, a/k/a "Shrek," TAYLOR SHICK, TAMIR WASHINGTON-JENKINS, a/k/a "Mir" or "Chip", CHRISTOFER WATERS, a/k/a "Danger" or "D," did knowingly, intentionally and unlawfully conspire with one another and with persons both known and unknown to the grand jury, to distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, in the form commonly known as crack, a Schedule II controlled substance, and 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a detectable amount of heroin, a Schedule I controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(B)(iii), 841(b)(1)(B)(vi), and 841(b)(1)(C).

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

The grand jury further charges:

From on or about July 5, 2018, to on or about May 5, 2020, in the Western District of Pennsylvania and elsewhere, the defendants, JELAHN WILLIAMS, a/k/a "Boog," MALIK BYERS, a/k/a "Leaky," ISAIAH DANIELS-WHEELER, a/k/a "Zay,", AHMED DOUMBIA, a/k/a "Med," JAMES EDWARDS, a/k/a "Fats" or "Fink," ROMELLO JOHNSON-HOLLAND, a/k/a "Mello," GREGORY MOORE, KARL POLLARD, TAMIR WASHINGTON-JENKINS, a/k/a "Mir" or "Chip," and CHRISTOFER WATERS, a/k/a "Danger" or "D," did knowingly, intentionally, and unlawfully conspire, with each other and with persons both known and unknown to the grand jury, to conduct and attempt to conduct financial transactions affecting interstate commerce involving the proceeds of specified unlawful activity, that is, illegal drug trafficking in violation of 21 U.S.C. §§ 841 and 846, with the intent to promote the carrying on of the specified unlawful activity and knowing that the transactions were designed, in whole or in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, contrary to the provisions of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956.

3

## COUNT THREE

The grand jury further charges:

On or about January 12, 2020, in the Western District of Pennsylvania, the defendant, JELAHN WILLIAMS, a/k/a "Boog," did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiring to distribute and to possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as charged at Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

4

### COUNT FOUR

The grand jury further charges:

On or about May 4, 2020, in the Western District of Pennsylvania, the defendant,

AHMED DOUMBIA, a/k/a "Med," did knowingly possess a firearm, namely, a Star Model 31P

.40 caliber semiautomatic handgun, in furtherance of a drug trafficking crime for which he may

be prosecuted in a court of the United States, that is, conspiring to distribute and to possess with

intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846,

as charged at Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FIVE

The grand jury further charges:

On or about November 19, 2019, in the Western District of Pennsylvania, the defendant, JAMES EDWARDS, a/k/a "Fats" or "Fink," did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiring to distribute and to possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as charged at Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

6

## FORFEITURE ALLEGATIONS

1.      The allegations contained in Counts One through Five of this Indictment are incorporated by reference as if fully set forth herein for the purpose of alleging criminal forfeitures pursuant to Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Sections 853(a)(1), 853(a)(2), and 853(p); and Title 28, United States Code, Section 2461(c).

2.      As a result of the violation of Title 21, United States Code, Section 846 charged in Count One of this Indictment, the defendant, JELAHN WILLIAMS, a/k/a "Boog," acquired gross proceeds, thereby subjecting said proceeds to forfeiture to the United States pursuant to Title 21, United States Code, Section 853(a)(1), including $6,050.00 seized on May 4, 2020.

3.      As a result of the violation of Title 21, United States Code, Section 846 charged in Count One of this Indictment, the defendant, AHMED DOUMBIA, a/k/a "Med," acquired gross proceeds, thereby subjecting said proceeds to forfeiture to the United States pursuant to Title 21, United States Code, Section 853(a)(1), including $7,802.00 seized on May 4, 2020.

4.      As a result of the violation of Title 18, United States Code, Section 924(c), charged in Count Four (AHMED DOUMBIA, a/k/a "Med") of this Indictment, the firearm alleged in that count, namely:

   a.     A Star Model 31P .40 caliber semiautomatic handgun, bearing
          serial number 1936328; and

   b.     Ten (10) rounds of .40 caliber ammunition

which were involved and used in the knowing commission of that offense, are subject to forfeiture

pursuant to Title 18, United States Code, Section 924(d)(1).

     5.     As a result of the commission of the violation of Title 21, United States Code, Section 846, charged in Count One of this Indictment, the defendant, KARL POLLARD, did acquire the following property, which constitutes, and is derived from, the proceeds obtained, directly and indirectly, from such violation, and/or constitutes property used, or intended to be used, to commit or to facilitate the commission of the violation, thereby subjecting said property to forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853(a), namely:

          a.     A Beretta Model U-22 Neos .22 caliber handgun, bearing serial number 140189; and

          b.     Six (6) rounds of .22 caliber ammunition.

     6.     As a result of the commission of the violation of Title 21, United States Code, Section 846, charged in Count One of this Indictment, the defendant MICHAEL SCHRECENGOST, did acquire the following property, which constitutes, and is derived from, the proceeds obtained, directly and indirectly, from such violation, and/or constitutes property used, or intended to be used, to commit or to facilitate the commission of the violation, thereby subjecting said property to forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853(a), namely:

          a.     A SCCY Model CPX-1 9mm handgun, bearing serial number 436423; and

          b.     Ten (10) rounds of 9mm ammunition.

7.    As a result of the commission of the violation of Title 21, United States Code, Section 846, charged in Count One of this Indictment, the defendant, HAYLEE JACKSON, did acquire the following property, which constitutes, and is derived from, the proceeds obtained, directly and indirectly, from such violation, and/or constitutes property used, or intended to be used, to commit or to facilitate the commission of the violation, thereby subjecting said property to forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853(a), namely:

a.    A Nissan Rogue Hatchback Sport Utility Vehicle, bearing Pennsylvania registration KDR-2141.

8.    As a result of the commission of the violation of Title 21, United States Code, Section 846, charged in Count One of this Indictment, the defendant, AHMED DOUMBIA, did acquire the following property, which constitutes, and is derived from, the proceeds obtained, directly and indirectly, from such violation, and/or constitutes property used, or intended to be used, to commit or to facilitate the commission of the violation, thereby subjecting said property to forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853(a), namely:

a.    A 2019 Buick Encore, bearing Pennsylvania registration KHL-5032, and Vehicle Identification Number (VIN) KL4CJESB2KB753214.

9.    As a result of the commission of the violation of Title 21, United States Code, Section 846, charged in Count One of this Indictment, the defendant, MICHAEL SCHRECENGOST, did acquire the following property, which constitutes, and is derived from,

9

the proceeds obtained, directly and indirectly, from such violation, and/or constitutes property used, or intended to be used, to commit or to facilitate the commission of the violation, thereby subjecting said property to forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853(a), namely:

    a.    A 2012 Dodge Charger Sedan, bearing Pennsylvania registration KJM-6588, and Vehicle Identification Number (VIN) 2C3CDXJG2CH306255.

10.    As a result of the commission of the violation of Title 21, United States Code, Section 846 charged in Count One of this Indictment, the defendant, ELLEN BLYSTONE, did acquire the following property, which constitutes, and is derived from, the proceeds obtained, directly and indirectly, from such violation, and/or constitutes property used, or intended to be used, to commit or to facilitate the commission of the violation, thereby subjecting said property to forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853(a), namely:

    a.    A 2015 GMC Acadia, bearing Pennsylvania registration JZS2499, and Vehicle Identification Number (VIN) 1GKKVPKD5FJ169425.

11.    If, through any act or omission by the defendants, any or all of the property and proceeds referenced in paragraphs two through ten above (hereinafter "the Subject Property"):

    a.    Cannot be located upon the exercise of due diligence;

    b.    Has been transferred, sold to, or deposited with a third person;

    c.    Has been placed beyond the jurisdiction of the Court;

    d.    Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be subdivided without difficulty,

the United States intends to seek forfeiture of any other property, proceeds, or funds of the defendants, up to the value of the Subject Property referenced above pursuant to Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); and Title 28, United States Code, Section 2461(c).

A True Bill,

FOREPERSON

SCOTT W. BRADY
United States Attorney
PA ID No. 88352

CERTIFIED FROM THE RECORD
06/05/2023
Brandy S. Lonchena
*Karen Sawdy*
Deputy Clerk

11

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

### Western District of Pennsylvania

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) |
| TAMIR WASHINGTON-JENKINS | ) Case Number:  CR 3:20-08-18 |
| | ) USM Number:  01860-509 |
| | ) R. Damien Schorr, Esquire |
| | ) ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)  Lesser Included Offense at Count 1 and Count 2 of the Indictment

☐ pleaded nolo contendere to count(s)
  which was accepted by the court.

☐ was found guilty on count(s)
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess With the Intent to Distribute 50 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 40 | 5/5/2020 | I |

    The defendant is sentenced as provided in pages 2 through ___7___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is  ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

12/13/2021
Date of Imposition of Judgment

Signature of Judge

KIM R. GIBSON, UNITED STATES DISTRICT JUDGE
Name and Title of Judge

December 14, 2021
Date

CERTIFIED FROM THE RECORD
06/05/2023
Brandy S. Lonchena
Karen Sawdy
Deputy Clerk

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1A

DEFENDANT:  TAMIR WASHINGTON-JENKINS
CASE NUMBER:  CR 3:20-08-18

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| | Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl, 28 Grams or More of a Mixture and Substance Containing a Detectable Amount of Cocaine Base, in the form commonly known as crack, and a Quantity of Heroin | | |
| 18 U.S.C. § 1956 | Conspiracy to Commit Money Laundering | 5/5/2020 | II |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __3__ of __7__

DEFENDANT:   TAMIR WASHINGTON-JENKINS
CASE NUMBER:   CR 3:20-08-18

## IMPRISONMENT

      The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

    27 months at Count 1 and 27 months at Count 2, to be served concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:

    In its designation process that the Defendant be placed in a facility as geographically close to Philadelphia, Pennsylvania as possible.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☑ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                  Sheet 3 — Supervised Release

Judgment—Page   __4__   of   __7__

DEFENDANT:   TAMIR WASHINGTON-JENKINS
CASE NUMBER:   CR 3:20-08-18

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

   3 years at Count 1 and 3 years at Count 2, to be served concurrently.

# MANDATORY CONDITIONS

1.      You must not commit another federal, state or local crime.
2.      You must not unlawfully possess a controlled substance.
3.      You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
          ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.      ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.      ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.      ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.      ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page   5   of   7

DEFENDANT:  TAMIR WASHINGTON-JENKINS
CASE NUMBER:  CR 3:20-08-18

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 3B — Supervised Release

Judgment—Page __6__ of __7__

DEFENDANT:   TAMIR WASHINGTON-JENKINS
CASE NUMBER:   CR 3:20-08-18

## ADDITIONAL SUPERVISED RELEASE TERMS

The Defendant shall submit his person, property, house, residence, vehicle, papers, business or place of employment, to a search, conducted by a United States Probation or Pretrial Services Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The Defendant shall inform any other residents that the premises may be subject to searches pursuant to this condition.

The Defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, said program to be approved by the probation officer, until such time as the Defendant is released from the program by the Court.  Further, the Defendant shall be required to contribute to the costs of services for any such treatment in an amount determined by the probation officer but not to exceed the actual cost.  The Defendant shall submit to one drug urinalysis within 15 days after being placed on supervision  and at least two periodic tests thereafter.

It is further Ordered that the Defendant shall not intentionally purchase, possess and/or use any substances designed to simulate or alter in any way the Defendant's own urine specimen.  In addition, the Defendant shall not purchase, possess and/or use any devices designed to be used for the submission of a third party urine specimen.

It is further Ordered that the Defendant shall pay to the United States a Special Assessment of $200, which shall be paid to the United States District Court Clerk forthwith.

The Court finds that the Defendant does not have the ability to pay a fine; therefore, the imposition of a fine is waived.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __7__ of __7__

DEFENDANT: TAMIR WASHINGTON-JENKINS
CASE NUMBER: CR 3:20-08-18

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 200.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

| PROB 22 (Rev. 04/17) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 3:20CR00008-18 KRG |  |
|---|---|---|---|
|  |  | DOCKET NUMBER *(Rec. Court)* 23cr243 - File |  |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |  |
|---|---|---|---|
| Tamir Washington-Jenkins | Western District of Pennsylvania | Johnstown, Pa |  |
|  | NAME OF SENTENCING JUDGE |  |  |
|  | The Honorable Kim R. Gibson United States District Judge |  |  |
|  | DATES OF PROBATION/SUPERVISED RELEASE: | FROM | TO |
|  |  | 04/13/2023 | 04/12/2026 |

OFFENSE

21 U.S.C. 846 Conspiracy to Distribute and to Possess With the Intent to Distribute 50 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 40 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl, 28 Grams or More of a Mixture and Substance Containing a Detectable Amount of Cocaine Base, in the form Commonly Known as Crack, and a Quantity of Heroin

18 U.S.C. 1956 Conspiracy to Commit Money Laundering

---

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Western District of Pennsylvania"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

|  |  |
|---|---|
| May 31, 2023 | United States District Judge |
| *Date* |  |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

|  |  |
|---|---|
| June 1, 2023 | United States District Judge |
| *Effective Date* |  |